# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NTECH PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BYTEDANCE LTD., BYTEDANCE PTE. LTD., TIKTOK PTE. LTD., AND TIKTOK INC., <br><br> Defendants. | Case No. 2:24-cv-00130-JRG |

## NOTICE OF RIPENESS FOR RULING REGARDING TIKTOK INC.'S MOTION TO DISMISS (DKT. NO. 18)

TikTok Inc. respectfully submits this Notice of Ripeness for Ruling Regarding TikTok Inc.'s Motion to Dismiss (Dkt. No. 18).

On February 6, 2025, TikTok Inc. filed its Reply to Response re Motion to Dismiss (Dkt. No. 69).

Plaintiff NTECH Properties, Inc.'s ("Plaintiff" or "NTECH") Sur-reply to TikTok Inc.'s Reply was due "seven (7) days after [TikTok Inc.'s] reply in support of its Venue Motion is due" (Dkt. No. 36 at ¶7), i.e., on **February 13, 2025**. NTECH did not filed any Sur-reply on or since that due date.

Accordingly, TikTok Inc. files this Notice of Ripeness to notify the Court that the briefing on TikTok Inc.'s Motion to Dismiss (Dkt. No. 18) is now complete and ripe for resolution.

1

Dated: February 24, 2025    Respectfully submitted,

By: _/s/ Ognjen Zivojnovic_____


Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Sean Pak (*pro hac vice*)
seanpak@quinnemanuel.com
Ognjen Zivojnovic (*pro hac vice*)
ogizivojnovic@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung
marktung@quinnemanuel.com
Joseph E. Reed (*pro hac vice*)
joereed@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sichan Kim (*pro hac vice*)
sichankim@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Bytedance Ltd., Bytedance Pte. Ltd., TikTok Pte. Ltd., and TikTok Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document was served on counsel for plaintiff NTECH Properties, Inc. via CM/ECF on February 24, 2025.

/s/ Melissa R. Smith
Melissa R. Smith