# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NTECH PROPERTIES, INC., a California Corporation, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 24-cv-00130-JRG |
| vs. ) ) | |
| BYTEDANCE LTD., a Caymanian Corporation, BYTEDANCE PTE. LTD., a Singaporean Corporation, TIKTOK PTE. LTD., a Singaporean Corporation, TIKTOK INC., a California Corporation, ) ) ) ) ) ) | |
| Defendants. ) ) | |

## PARTIES' JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff NTECH Properties, Inc. ("Plaintiff") and Defendants Bytedance Ltd., Bytedance Pte. Ltd., TikTok Pte. Ltd., and TikTok Inc. (collectively, "Defendants") respectfully file this Joint Motion to Amend First Amended Docket Control Order (Dkt. No. 56). The Parties have met and conferred and respectfully request that the deadline for the following events be extended as follows:

- The Parties' deadline to exchange proposed claim terms and claim elements for construction according to P.R. 4-1 is extended through and including April 4, 2025;

- Plaintiff's deadline to serve its infringement contentions with source code citations is extended through and including April 11, 2025;

- The Parties' deadline to exchange preliminary claim constructions according to P.R. 4-2 is extended through and including April 25, 2025; and

1

- The Parties' deadline to file a joint claim construction statement according to P.R. 4-3 is extended through and including May 16, 2025.

Accordingly, the Parties' request that the Court grant this Joint Motion and enter the attached proposed order extending the stated deadlines.

Dated: March 28, 2025:

By: /s/ *Kristopher Kastens*
    Paul J. Andre (*pro hac vice*)
    Lisa Kobialka (*pro hac vice*)
    James Hannah (*pro hac vice*)
    Kristopher Kastens (*pro hac vice*)
    Aakash Jariwala (*pro hac vice*)
    Sabah Khokhar (*pro hac vice*)
    Girija Gaur (*pro hac vice*)
    KRAMER LEVIN NAFTALIS
     & FRANKEL LLP
    333 Twin Dolphin Drive, Suite 700
    Redwood Shores, CA  94065
    Telephone: (650) 752-1700
    pandre@kramerlevin.com
    lkobialka@kramerlevin.com
    jhannah@kramerlevin.com
    kkastens@kramerlevin.com
    ajariwala@kramerlevin.com
    skhokhar@kramerlevin.com
    ggaur@kramerlevin.com

    S. Calvin Capshaw (Bar No. 03783900)
    Elizabeth L. DeRieux (Bar No. 05770585)
    Capshaw DeRieux LLP
    114 E. Commerce St.,
    Gladewater, Texas 75647
    Telephone: 903-845-5770
    ccapshaw@capshawlaw.com
    ederieux@capshawlaw.com

    *Attorneys for Plaintiff*
    NTECH Properties, Inc.

Respectfully submitted,

By: /s/ *Melissa R. Smith*
    Melissa R. Smith
    State Bar No. 24001351
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    melissa@gillamsmithlaw.com

    Ricardo J. Bonilla
    Fish & Richardson P.C. – Dallas
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5071
    Facsimile: (214) 747-2091
    rbonilla@fr.com

    Mark Tung
    Joseph E. Reed (*pro hac vice*)
    Quinn Emanuel Urquhart & Sullivan, LLP
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 443-5000
    Facsimile: (650) 443-5100
    marktung@quinnemanuel.com
    joereed@quinnemanuel.com

    Sichan Kim (*pro hac vice*)
    Quinn Emanuel Urquhart & Sullivan, LLP
    865 S. Figueroa St., 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
    sichankim@quinnemanuel.com

Sean Pak (*pro hac vice*)
Ognjen Zivojnovic (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
seanpak@quinnemanuel.com
ogizivojnovic@quinnemanuel.com

*Attorneys for Defendants*
Bytedance Ltd., Bytedance Pte., Ltd.,
Tiktok Pte. Ltd., and Tiktok Inc.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred and this motion is joint.

/s/ <i>Kristopher Kastens</i><br>
Kristopher Kastens

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Kristopher Kastens*
Kristopher Kastens