# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NTECH PROPERTIES, INC., a California Corporation, | Civil Action No. 24-cv-00130-JPG |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| BYTEDANCE LTD., a Caymanian Corporation, BYTEDANCE PTE. LTD., a Singaporean Corporation, TIKTOK PTE. LTD., a Singaporean Corporation, TIKTOK INC., a California Corporation, | |
| Defendants. | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW, Plaintiff NTECH Properties, Inc. ("NTECH" or Plaintiff), and respectfully requests that Elizabeth L. DeRieux, S. Calvin Capshaw, and the law firm of Capshaw DeRieux, LLP be permitted to withdraw as counsel of record for Plaintiff in this matter. No other changes are requested at this time regarding the other attorneys acting as Plaintiff's counsel of record.

Respectfully submitted,

Dated: April 2, 2025

By: */s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux LLP
114 E. Commerce St.,
Gladewater, TX 75647
Telephone: 903-845-5770
ederieux@capshawlaw.com

Paul J. Andre (*pro hac vice* to be filed)
Lisa Kobialka (*pro hac vice* to be filed)

1

James Hannah (*pro hac vice* to be filed)
Kris Kastens (*pro hac vice* to be filed)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
333 Twin Dolphin Drive
Redwood City, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiff*
NTECH Properties, Inc.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, and this motion is unopposed.

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux